IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODNEY A. HURDSMAN,<br>*Plaintiff,*<br><br>v.<br><br>SHERIFF MIKE GLEASON, et al.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-22-CV-00254-RP |

## ORDER APPOINTING COUNSEL

Before the Court is Plaintiff Rodney A. Hurdsman's Motion for Appointment of Counsel. In the interest of justice and to ensure this case timely proceeds to trial, the Court appoints counsel to represent Plaintiff in this matter.

It is therefore **ORDERED** that the Motion for Appointment of Counsel, filed by Plaintiff Rodney A. Hurdsman on December 9, 2022, is **GRANTED**.

It is further **ORDERED** that Paige Arnette Amstutz and Cindy Saiter of Scott Douglass & McConnico LLP, 303 Colorado Street, Suite 2400, Austin, Texas 78701, phone (512)495-6300, are appointed to represent Plaintiff Rodney A. Hurdsman in this case.

It is further **ORDERED** that the parties shall submit a joint proposed scheduling order on or before May 1, 2023.

It is finally **ORDERED** that the reference to the Magistrate Judge is **WITHDRAWN**.

**SIGNED** on the 22nd day of March 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE