RECEIVED
MAR 30 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HURDSMAN, PLAINTIFF §
§
§
v. § CASE NO. A-22-CV-FYLED
§
GLEASON, et al, §
DEFENDANTS. § MAR 30 2023
§ CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

MOTION TO COMPEL PRODUCTION PURSUANT TO SERVED SUBPOENA REQUESTS

COMES NOW, Rodney A. Hurdsman, Plaintiff pro se in the above-styled and numbered cause, and moves this Court for an Order to compel Wise County District Attorney James Stainton, and Attorney Raymond S. Napolitan, to produce documents, information or objects they were commanded to, after being properly served Subpoenas issued by the Clerk of the Court, by Order of the Court, of which they ignored and/or failed to comply with, and states to this Honorable Court the following:

1. Plaintiff motioned this Court to have two subpoenas issued for the production of documents, information or objects relevant to Plaintiff's claims. The Court Granted Plaintiff's motion, and the Clerk issued subpoenas directed to Wise County D.A., James Stainton, and attorney Raymond S. Napolitan, respectively.

2. The James Stainton subpoena was properly served on him at his office located at 101 North Trinity Street, Suite 200, Decatur, Texas, by the Plaintiff's parents Rodney M. and Valentina Hurdsman in early 2022.

1.

The subpoena served on Mr. Stainton commanded him to produce the file, and all electronically stored data, in case numbers CR17817, CR17819, CR17821, and 17693, from the prosecutor's office. Although the County Clerk produced the "Clerk's Record" in the cases, James Stainton ignored the subpoena, and failed to produce the prosecutor's office file and electronically stored data concerning the cases. Plaintiff wrote two seperate letters in late 2022, and early 2023, to Mr. Stainton, informing him of his responsibilities concerning a federal subpoena, notifying him of his deficient performance, and requesting him to forthwith comply with the subpoena served on upon him. Both of those letters were ignored; nor did Mr. Stainton respond to either of them in writing or otherwise.

3. The Raymond Napolitan subpoena was properly served upon him at his office located at 916 W. Belknap Street, Fort Worth, Texas, by the Plaintiff's parents Rodney M. and Valentina Hurdsman in early 2022. The subpoena served on Mr. Napolitan commanded him to produce the complete client-file made during his representation of the Plaintiff in 2014, for the law firm of Jim Shaw & Associates, including all stored computer data, such as audio or video. Mr. Napolitan entirely ignored the subpoena, and failed to produce said material. Thereafter, Plaintiff wrote two seperate letters to Mr. Napolitan, informing him of his legal responsibilities concerning the federal subpoena, notifying him of his deficient performance, and requesting that he immediately comply with the subpoena that was properly served on him in early 2022. Plaintiff sent these letters in late 2022, and early 2023, and recieved no response.

2.

4.                           DECLARATION

I, Rodney A. Hurdsmon, hereby declare and certify pursuant to 28 U.S.C. § 1746, and under the penalty of perjury, that I have read the aforesaid document, Plaintiff's Motion To Compel Production Pursuant To Served Subpoena Requests, and the matters and statements therein are true and correct.

                                                            *Rodney A. Hurdsmon*
                                                            Declarant

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grant this motion, and Order the Clerk of the Court to send a copy of an Order commanding Mr. Stainton and Mr. Napolitan to immediately comply fully with the subpoenas that were issued and served upon them under the seal of this Court, within a certain time, or face sanctions by the Court.

                                                        Respectfully submitted,

                                          by: *Rodney A. Hurdsmon*
                                              Plaintiff Pro Se

                                               Rodney A Hurdsmon #2170782
                                               TDCJ- Robertson Unit
                                               12071 F.M. 3522
                                               Abilene, TX 79601

                      3.

Dear Clerk,

Please file this Motion in Case No. A-22-254-RP Hurdsman v. Gleason, et al..

Thank You.

Rodney A. Hurdsman #2170782
TDCJ - Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

SCREENED BY CSO
MAR 30 2023

Clerk, U.S. District Court
Western District of Texas
501 West 5th Street, Suite 1100
Austin, Texas 78701

LEGAL MAIL

ABILENE TX 795

28 MAR 2023 PM 2 T

